FILED
August 21, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        RR
         Deputy Clerk

**SEALED**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

Case No: SA:24-CR-00408-JKP

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>    v<br><br>(1)  ARNULFO JAVIER MALDONADO<br>(2)  DARIUS RAY SPRINGS aka Dee STN<br><br>    Defendants | |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this its Motion to Seal the Indictment in this cause and would show the Court as follows:

I.

On this date, the Grand Jury returned a True Bill of Indictment, charging the defendants listed above. The disclosure of the existence of the indictment would seriously jeopardize the ability of law enforcement officers to locate the defendants and apprehend them without incident. The government therefore seeks an Order of the Court placing the indictment and related documents under seal.

The government acknowledges that any defendant who is arrested must be provided a copy of the indictment at the time of his/her initial appearance (pursuant to Rule 5, Fed.R.Crim.P.).

Those previously afforded an initial appearance will be provided a copy of the indictment at arraignment (pursuant to Rule 10, Fed. R. Crim. P.). The government would show that the interests of justice would be served by providing to each defendant a copy of the indictment which includes only the name of that particular defendant and other defendants previously informed of the charges through hearing conducted pursuant to Rule 5 or Rule 10.

To assist in this process, the government will provide to the Clerk's Office a copy of the indictment which has been redacted in a manner to omit names of any defendants who have not yet been officially informed of the charges. The government requests that the Clerk be directed to provide the government with notice of the setting of each Rule 5 or Rule 10 hearing, so that the government may prepare and deliver to the clerk a redacted copy of the indictment.

Accordingly, the United States respectfully requests this Court to order that the indictment, warrant for each defendant's arrest, and documents relating to this indictment remain sealed; provided, however, that a redacted copy of the indictment shall be delivered to any defendant at the time of such defendant's initial appearance (conducted pursuant to Rule 5, Fed.R.Crim.P.), or arraignment (conducted pursuant to Rule 10, Fed.R.Crim.P.), whichever is applicable. The United States further requests that the court permit the government to redact such copy of the indictment in a manner that will not disclose names of defendants who have not yet been informed of the charges through Rule 5 or Rule 10 hearing. The redacted copy need include only those counts which name defendants who have been arrested and informed of the charges against them. The

United States further requests that this motion and the Court's Order be sealed.

                 Respectfully submitted,

                 JAIME ESPARZA
                 UNITED STATES ATTORNEY


BY:   /s/_____
      SARAH WANNARKA
      Assistant United States Attorney
      Texas Bar No: 24013710
      601 NW Loop 410, Suite 600
      San Antonio, Texas 78216-5512
      Phone: (210) 384-7100
      Email: sarah.wannarka@usdoj.gov